UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID JOSEPH MEISTER, | No. 22-35830 |
| Petitioner-Appellant, | D.C. No. 1:19-cv-00173-DKG<br>District of Idaho,<br>Boise |
| v. | |
| TYRELL DAVIS, | ORDER |
| Respondent-Appellee. | |

Before: TALLMAN and IKUTA, Circuit Judges.

Appellant's motion for leave to file an oversized request for a certificate of appealability (Docket Entry No. 3) is granted.

The request for a certificate of appealability (Docket Entry No. 4) is denied because the underlying 28 U.S.C. § 2254 habeas petition fails to state any federal constitutional claims debatable among jurists of reason. *See* 28 U.S.C. § 2253(c)(2)-(3); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) ("When … the district court denies relief on procedural grounds, the petitioner seeking a COA must show both 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'") (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Any pending motions are denied as moot.

**DENIED.**

OSA162