UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID JOSEPH MEISTER, | No. 22-35830 |
| Petitioner-Appellant, | D.C. No. 1:19-cv-00173-DKG<br>District of Idaho,<br>Boise |
| v. | |
| TYRELL DAVIS, | ORDER |
| Respondent-Appellee. | |

Before: SCHROEDER and SANCHEZ, Circuit Judges.

Appellant's motion to file an oversized motion for reconsideration en banc (Docket Entry No. 6) is granted.

Appellant's motion for reconsideration en banc (Docket Entry No. 7) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.

OSA162